

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2021

No. 04-21-00393-CV

**IN RE** Christopher **RODRIGUEZ**,

Original Mandamus Proceeding[1]

Sitting:    Irene Rios, Justice
              Beth Watkins, Justice
              Lori I. Valenzuela, Justice

## ORDER

On September 17, 2021, relator filed a petition for writ of mandamus and a motion for emergency relief. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than October 6, 2021.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's motion for emergency relief is HELD IN ABEYANCE.

Attested to: _____
           MICHAEL A. CRUZ, Clerk of Court

**PER CURIAM**



---

[1] This proceeding arises out of Cause No. 2019-CI-12197, styled *In the Interest of A.R. and O.R., Children*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding. However, the challenged order was signed by the Honorable Angelica Jimenez, presiding judge of the 408th Judicial District Court, Bexar County, Texas.